AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00253 |
| Alexander Hamilton | ) Assigned To : Harvey, G. Michael |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign. Date : 11/14/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 12, 2022  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 402 - | did willfully disobey a lawful order, rule, and command of a court of the District of Columbia, by doing an act or thing therein, or thereby forbidden |
| 22 D.C. Code 722(a)(6) - | did corruptly obstruct, impede, and endeavor to instruct and impede the due administration of justice in an official proceeding |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Tina Lukens, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date:  11/14/2022

*Judge's signature*

City and state:  Washington, DC         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*