AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   23-188 (CRC) |
| Alexander Hamilton | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   08/29/2023

*Defendant's signature*

*Signature of defendant's attorney*

Ned Smock
*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*