CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-CR-188 (CRC) |
| ) | |
| ALEXANDER HAMILTON ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
United States District Judge

Date: August 29, 2023