IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Case No. 23-188 CRC |
| ALEXANDER HAMILTON, | ) |
| Defendant. | ) |

**DEFENDANT'S SUBMISSION OF ADDITIONAL LETTERS OF SUPPORT**

Alexander Hamilton will be before the Court for sentencing on January 8, 2023 at 2:00 p.m. Attached hereto are additional letters of support from friends and co-workers submitted since the filing of the defense sentencing memorandum.

Respectfully Submitted,

_____/s/_____
NED SMOCK
Assistant Federal Public Defender